UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

DASHAWN BRANTLEY #924266,

    Plaintiff,

v.

                                              Case No: 2:24-cv-147

UNKNOWN GRONDIN et al,

                                              HON. ROBERT J. JONKER

    Defendants.

_____/

## <u>ORDER APPROVING AND ADOPTING MAGISTRATE'S</u>
## <u>REPORT AND RECOMMENDATION</u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 7, 2025 (ECF No. 25). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 25) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 22) is GRANTED.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.


Dated:   September 3, 2025                /s/ Robert J. Jonker
                                                         ROBERT J. JONKER
                                                         UNITED STATES DISTRICT JUDGE